```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiffs
 5
 6
 7
 8                  UNITED STATES DISTRICT COURT
 9                 NORTHERN DISTRICT OF CALIFORNIA
10
11  BOARD OF TRUSTEES OF THE AUTOMOTIVE )   NO.  C 06 1799 SC
    INDUSTRIES, et al.                  )
12                      Plaintiffs,     )   ORDER TO CONTINUE CASE
                                        )   MANAGEMENT CONFERENCE
13            vs.                       )
                                        )
14  RON GOODE MOTORS, INC., a California)
    corporation, also known as RON GOODE)
15  TOYOTA, INC., and as RON GOODE      )
    TOYOTA, INC., a corporation         )
16                                      )
                                        )
17                      Defendant.      )
    _____)
18
            IT IS ORDERED that the Case Management Conference in this
19
    case set for July 7, 2006 be continued to August 4, 2006 at 10:00 a.m.
20
    in Courtroom 1, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA.
21
    Dated: June 30, 2006              _____
22                                         Honorable Samuel Conti
```

IT IS SO ORDERED
Judge Samuel Conti

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE