1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5

6

7                  UNITED STATES DISTRICT COURT

8                NORTHERN DISTRICT OF CALIFORNIA

9

10 BOARD OF TRUSTEES OF THE AUTOMOTIVE)   NO. C 06 1799 SC
   INDUSTRIES, et al.,                )
11                                     )
                                       )
12                    Plaintiffs,      )
                                       )
13         vs.                         )   NOTICE OF
                                       )   VOLUNTARY DISMISSAL
14 RON GOODE MOTORS, INC., a           )
   California corporation, also known )
15 as RON GOODE TOYOTA, INC., and as   )   ORDER
   RON GOODE TOYOTA, INC., a           )
16 corporation                         )
                                       )
17                                     )
                      Defendant.       )
18 _____)

19

20         Notice is hereby given that plaintiff dismisses the above

21 entitled action without prejudice pursuant to Federal Rule of Civil

22 Procedure 41, and all dates relating to this case should be taken

23 off the Court's calendar including the hearing on a Case Management

24 Conference set for August 4, 2006 at 10:00 p.m. in Courtroom No. 1,

25 17th Floor, 450 Golden Gate Avenue, San Francisco, CA.

26 Dated:    August 3, 2006          ERSKINE & TULLEY

27                                   By:   /s/ Michael J. Carroll
                                          Michael J. Carroll
28                                        Attorneys for Plaintiff



NOTICE OF VOLUNTARY DISMISSAL

<u>PROOF OF SERVICE BY MAIL</u>

I am a citizen of the United States and employed in the City and County of San Francisco, California.  I am over the age of eighteen years and not a party to the within above entitled action; my business address is 220 Montgomery Street, Suite 303, San Francisco, California 94104.  On August 3, 2006 I served the within NOTICE OF VOLUNTARY DISMISSAL on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, California, addressed as follows:

Sandy Rudnick
H. Sandrod Rudnick & Associates
1200 Mt. Diablo Blvd., Suite 300
Walnut Creek, CA 94596

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on August 3, 2006 at San Francisco, California.


<u>/s/Sharon Eastman</u>
Sharon Eastman

<u>NOTICE OF VOLUNTARY DISMISSAL</u>